UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:05-CR-0310 OWW |
| Plaintiff, | |
| vs. | |
| | ORDER FOR RETURN OF |
| **CHARLES JOHN BARSUGLIA, JR.,** | NOTE AND DEED OF TRUST |
| Defendants. | |

The above-named defendant having surrendered to the custody of the Marshal as directed;

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety.

Deed No.:     2005-0262305

Receipt No.:  100-202782

IT IS SO ORDERED.

Dated:   February 24, 2008             /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE